UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:14-cv-01181-ACC-TBS

JANET RIFFLE on behalf of herself,
and all others similarly situated,

Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.
and LVNV FUNDING LLC,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

    __MAY BE__ related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

| Caption | Venue | Index No. |
|---|---|---|
| *Scott McMahon v. Galaxy Asset Purchasing Corp & Convergent Outsourcing* | USDC; Northern IL | 14-cv-5257 |
| *Michael Keeton v. Convergent Outsourcing, Inc., LVNV Funding* | USDC; Southern TX | 14-cv-132 |
| *Daryl Aldrich v. Convergent Outsourcing, Inc.* | USDC; South Carolina (Removed from: SC, County of Union; Court of Common Pleas) | 14-cv-3456<br>2014-CP-44-0297 |
| *Shannon Gunther v. Convergent Outsourcing, Inc.* | USDC; Southern FL | 14-cv-61514 |

I further certify that I will serve a copy of this NOTICE OF PENDENCY OR OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Date: **October 22, 2014**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 22, 2014**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Donald E. Petersen, Esquire** (depecf@cfl.rr.com), Law Office of Donald E. Peterson, and **O. Randolph Bragg, Esquire** (rand@horwitzlaw.com), Horwitz, Horwitz & Associates, Attorneys for Plaintiff.

KLB:kw

/s/ Kenneth L. Baker
KENNETH L. BAKER
Florida Bar No. 254207
kenneth.baker@wilsonelser.com
JOHN W. BUSSEY, III
Florida Bar No. 110503
john.bussey@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
407-203-7599 - Phone
407-648-1376 - Facsimile
Attorneys for Defendants,
CONVERGENT OUTSOURCING, INC. and
LVNV FUNDING LLC