UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANET RIFFLE, on hehalf of herself and all
others similarly situated,

    Plaintiffs,

v.                                                                Case No. 6:14-cv-1181-Orl-22TBS

CONVERGENT OUTSOURCING, INC., and
LVNV FUNDING, LLC,

    Defendants.
_____/

## ORDER

    Defendants' Motion to Stay Proceedings Pending Decision from Judicial Panel on Multidistrict Litigation (Doc. 38) is DENIED WITHOUT PREJUDICE because counsel have not complied with M.D. Fla. R. 3.01(g).

    DONE AND ORDERED in Orlando, Florida, on November 13, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel