UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:14-cv-01181-ACC-TBS

JANET RIFFLE on behalf of herself,
and all others similarly situated,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.
and LVNV FUNDING LLC,

    Defendants.
_____/

## DEFENDANT CONVERGENT OUTSOURCING, INC.'S MOTION TO TRANSFER VENUE, OR IN THE ALTERNATIVE, STAY ACTION

Defendant, Convergent Outsourcing, Inc. ("Convergent"), respectfully moves this Honorable Court for an Order transferring venue to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a) or, in the alternative, staying this action pending a decision on class certification in the nationwide putative class action pending in *Nyby v. Convergent*, D. N. J. Case No. 2:15-cv-00886. Grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities and Exhibits thereto, the Declaration of Jeffrey Hunter in support thereof, the Declaration of Kenneth L. Baker, Esquire, in support thereof, and include the following:

    1.    This putative class action is one of many federal court putative class actions and individual actions filed against Convergent and other Defendants alleging that Convergent purportedly violated the Fair Debt Collections Practices Act ("FDCPA"), 15

U.S.C. § 1692 *et seq*. by trying to either collect upon or settle a debt which was time-barred under the respective state statutes of limitations.

2.  A nationwide putative class action has recently been filed in the District of New Jersey by Plaintiff, Eric Nyby, alleging nearly identical facts as Plaintiff in the instant action, who is putatively represented by the class Plaintiff in *Nyby*. Discovery in the two actions will therefore overlap, and the convenience of the parties and witnesses, and the interests of justice and judicial economy, militates in favor of transfer.

3.  Because Convergent is subject to personal jurisdiction in the District of New Jersey, venue in that district is proper pursuant to 28 U.S.C. § 1391(b).

4.  Alternatively, Convergent respectfully requests the Court exercise its inherent powers and stay the instant action pending a decision on class certification in the *Nyby* action in the interests of judicial economy and to avoid duplicative litigation. Convergent respectfully submits that continuing proceedings in this Court before class certification in *Nyby* is decided would needlessly expend this Court's limited time and resources, as well as that of the parties hereto. Absent a stay, Convergent will also face significant prejudice in having to simultaneously litigate single-plaintiff claims (or putative state-wide class claims) such as this while defending identical claims on a national class-wide basis.

WHEREFORE, Convergent respectfully requests transfer of the instant action to the District of New Jersey. Alternatively, Convergent respectfully requests the Court stay these proceedings pending a decision on class certification in *Nyby v. Convergent Outsourcing, In*c.

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 23, 2015**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **DONALD E. PETERSEN, ESQUIRE** (depecf@cfl.rr.com), Law Office of Donald E. Peterson, and **O. RANDOLPH BRAGG, ESQUIRE** (rand@horwitzlaw.com), Horwitz, Horwitz & Associates, Attorneys for Plaintiff.

                                           **/s/ Kenneth L. Baker**
                                           KENNETH L. BAKER
                                           Florida Bar No. 254207
                                           kenneth.baker@wilsonelser.com
                                           SPENSYR ANN MAYFIELD
                                           Florida Bar No. 0085132
                                           spensyr.mayfield@wilsonelser.com
                                           Wilson Elser Moskowitz Edelman & Dicker LLP
                                           111 North Orange Avenue, Suite 1200
                                           Orlando, FL 32801
                                           407-203-7599 - Phone
                                           407-648-1376 - Facsimile
                                           Attorneys for Defendants,
                                           CONVERGENT OUTSOURCING, INC. and
KLB/sgm                               LVNV FUNDING LLC