**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANET RIFFLE,
on behalf of herself,
and all others similarly situated,

    Plaintiff,

  v.       CASE NO.  6:14-cv-01181-ACC-TBS

CONVERGENT
OUTSOURCING, INC.
and LVNV FUNDING LLC,

    Defendants.

_____/


**JOINT MOTION TO SUBSTITUTE MEDIATOR**

  Plaintiff, Janet Riffle and Defendants Convergent Outsourcing, Inc. and LVNV Funding, LLC  move the  Court  to substitute Mr. Peter Grilli to serve as mediator rather than Mr. Richard Wack.  The following is stated in support thereof:

  1.  On March 10, 2015, the Court entered the Case Management and Scheduling Order which incorporated  the parties' request that Richard Wack serve as mediator. [Docket No. 57]

  2.  Mr. Wack  requested that he be removed as mediator in this matter.

1

3.      The parties  agree that Mr. Peter Grilli should serve as mediator .

4.      Mr. Grilli is available to mediate this matter on the previously agreed

to mediation date (November 4, 2015, at 9:00 a.m.).

WHEREFORE,  Plaintiff and Defendants request  that the Peter Grilli be

designated to serve as mediator in this action and that  Richard Wack be relieved

of further responsibility to do so.

DATED: June 1, 2015

 /s/ Donald E. Petersen_____          /s/ Dale T. Golden_____
DONALD E. PETERSEN                        DALE T. GOLDEN, ESQ.
Florida Bar No.: 0776238                  Florida Bar No.: 0094080
**LAW OFFICE OF DONALD E. PETERSEN**      **GOLDEN SCAZ GAGAIN, PLLC**
Post Office Box 1948                      201 North Armenia Avenue
Orlando, FL 32802-1948                    Tampa, Florida 33609-2303
Phone: (407) 648-9050                     Phone: (813) 251-5500
E.C.F (only): depecf@cfl.rr.com           Fax: (813) 251-3675
petersen221@yahoo.com                     dgolden@gsgfirm.com
TRIAL COUNSEL FOR THE PLAINTIFF           TRIAL COUNSEL FOR THE
JANET RIFFLE                              DEFENDANTS, CONVERGENT
                                          OUTSOURCING, INC., and
                                          LVNV FUNDING, LLC

 /s/  O. Randolph Bragg_____
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
Voice : (312) 372 - 8822
Rand@Horwitzlaw.com
TRIAL COUNSEL FOR THE PLAINTIFF,
JANET RIFFLE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF to :

Dale Golden, Esq.
Golden Scaz Cagain, PLLC
201 North Armenia Ave.
Tampa, FL 33609
dgolden@gsgfirm.com


on the date indicated in the Court's CM/ECF system.   Notice of this ECF filing will be sent to the parties of record by operation of the Court's electronic filing system on the date indicated therein.


   /s/ Donald E. Petersen   
DONALD E. PETERSEN